IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

ROMULUS NEDEA,

    Petitioner,

v.

OHIO ADULT PAROLE AUTHORITY,

    Respondent;

CASE NO. 2:04-cv-437
JUDGE SARGUS
MAGISTRATE JUDGE ABEL

ROMULUS NEDEA,

    Petitioner,

v.

A. TAMBI, Warden,

    Respondent.

CASE NO. 2:04-cv-573
JUDGE MARBLEY
MAGISTRATE JUDGE KEMP

## OPINION AND ORDER

On March 29, 2004, the Magistrate Judge issued a *Report and Recommendation* recommending that these consolidated habeas corpus actions be dismissed. Petitioner has objected to that recommendation. Petitioner objects to all of the Magistrate Judge's recommendations. Pursuant to 28 U.S.C. 636(b)(1), this Court has conducted a *de novo* review of those portions of the *Report and Recommendation* objected to by petitioner.

For the reasons discussed at length in the Magistrate Judge's *Report and Recommendation*, petitioner's objections are **OVERRULED.** The *Report and Recommendation* is **ADOPTED** and **AFFIRMED.** This case is hereby **DISMISSED.**

                                                                           4-21-2005

                                                   Edmund A. Sargus, Jr.
                                                  **United States District Judge**